The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| EV47 | E1510877 | MARTIN | | 02/03/2025 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| 32CFR1903.6(a) | ENTERING INTO AN AGENCY INSTALLATION WITHOUT PROPER AUT | | | |
| Defendant Name | | | | |
| BERNSTEIN, ALLAN A | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | | | | 02/11/2025<br>10:00 AM |